424 A.2d 547

Esterly v. Esterly, Appellant.

Emil W. Kantra, II, for appellant; James C. Lanshe, Jr., submitted a brief on behalf of Paul A. Esterly, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

424 A.2d 547

Gonzalez, Appellant v. Cavallaro.

Argued June 21, 1979. Irv Ackelsberg, for appellant; Timothy J. Savage, submitted a brief on behalf of the appellee.

Before HOFFMAN, HESTER and CATANIA, JJ.*

Order affirmed.